IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| STACY SAUNDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:17-cv-00159 |
| | ) | |
| METROPOLITAN PROPERTY | ) | By: Elizabeth K. Dillon |
| MANAGEMENT, INC., | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that defendant's motion for summary judgment (Dkt. No. 69) is GRANTED.

The clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

Entered: August 3, 2018.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge