AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

STACY SAUNDERS )
*Plaintiff* )
v. ) Civil Action No. 7:17CR00159
METROPOLITAN PROPERTY MANAGEMENT, INC )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the plaintiff recover nothing, and the action is dismissed.

This action was *(check one)*:

☑ tried by a jury with Judge Michael F. Urbanski, Chief United States District Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 4/12/2022

CLERK OF COURT

*Kristin Ayersman, Deputy Clerk*
*Signature of Clerk or Deputy Clerk*